**FILED: 8/9/11**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Ramirez, et al.,    ) <br>        ) <br>        **Plaintiffs,**   ) <br>        ) <br>       **v.**       ) <br>        ) <br> Countrywide Financial Corporation,) <br> et al.,         ) <br>        ) <br>       **Defendants.**   ) <br> _____) | **CASE NO. CV 11-4268-GHK (JCx)** <br><br> **JUDGMENT** |

Based on our August 9, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiffs Alejandro Ramirez and Brenda Pino Ramirez (collectively, "Plaintiffs") against Defendants Countrywide Financial Corporation, Bank of America, N.A., erroneously sued as Bank of America, and Bank of New York Mellon are **DISMISSED with prejudice**.  Plaintiffs shall take nothing by this complaint.

**IT IS SO ORDERED**.

DATED: August 9, 2011

_____
GEORGE H. KING
United States District Judge